```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                        :
ROBERT G. LOPEZ,                           :
                                                        :
                                      Plaintiff,   :              1:24-cv-1544-GHW
                                                         :
                    -v -                                :                   <u>ORDER</u>
                                                         :
EVENTBRITE, INC., *and* META PLATFORMS,   :
INC.,                                                       :
                                    Defendants.   :
                                                          :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On May 13, 2024, the City of New York filed a motion to intervene.  Dkt. No. 22.  Any opposition to this motion is due no later than May 21, 2024.

       SO ORDERED.

Dated:  May 14, 2024
New York, New York
                                                                                    GREGORY H. WOODS
                                                                United States District Judge