**Robert G. Lopez**
210 Stanton Street – Apt. #218
New York, New York 10002
trademarkrob@gmail.com

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 05/21/2024 |

May 17, 2024

Hon. Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street – Courtroom 12C
New York, New York 10007

    Re:    <u>Lopez v. Eventbrite, Inc. et al. Civil Action No. 24 CV 01544</u>

Dear Hon. Judge Woods:

    I am the pro se Plaintiff in the above-identified action.

    It has just come to my attention that the City of New York has filed a motion to intervene in the above-identified case. It appears that Your Honor has Ordered that any opposition to the City's motion be filed no later than **May 21, 2024**.

    I would like to inform the Court that I have not yet been served with a copy of the motion to intervene filed by the City of New York and am not even aware of its contents as I have not been served or received a copy of the same from any other source.

    I became aware of the motion to intervene as attorney Gerald E. Singleton forwarded me an email with Your Honor's Order attached as shown in **Exhibit A** hereto, but I have not been served or received a copy of the motion or any of its supporting documents.

    It would be difficult for me to adhere to the May 21, 2024, deadline for filing any responsive pleading when I do not even have a copy of the motion to intervene in my possession and it is already Friday, May 17, 2024, just days away from the response deadline imposed by the Court.

    In view of the same, I am respectfully requesting that Your Honor allow Plaintiff seven (7) days from being served with the motion to intervene to prepare and file a proper responsive pleading.

Hon. Gregory H. Woods
May 17, 2024
Page 2

    I thank your Honor for his attention to this matter and for his consideration of my request to extend the time to respond to the motion to intervene until seven (7) days after I am formally served with the same.

Respectfully submitted,

*/s/ Robert G. Lopez*

Robert G. Lopez

ENDORSEMENT: The Court is in receipt of Plaintiff's letter, dated May 17, 2024, and filed to the ECF docket on May 21, 2024, requesting seven additional days from the date he is formally served to respond to the Motion to Intervene filed by the City of New York ("City"). (Pl.'s 5/17/24 Ltr., ECF No. 27.) Plaintiff's request is GRANTED IN PART. Based on the City's Affidavit of Service (ECF No. 25), Plaintiff was served with a paper copy of the City's Motion to Intervene by U.S. Mail on May 13, 2024. In light of the foregoing, the City is ORDERED to serve another copy of its moving papers on Plaintiff by Express Mail (or equivalent courier) and E-Mail no later than May 22, 2024, and to file proof of such service no later than May 23, 2024. Plaintiff shall file an opposition, if any, to the City's Motion to Intervene no later than May 31, 2024.

SO ORDERED.
Dated: May 21, 2024

*/s/ Stewart D. Aaron*