**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROBERT G. LOPEZ,

                Plaintiff,

    -against-                                24 **CIVIL** 1544 (JPO)

                                                      **JUDGMENT**

META PLATFORMS, INC.,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2025, Meta's motion to dismiss Lopez's complaint is GRANTED, and Lopez's motion to dismiss the City's intervenor complaint is GRANTED without prejudice to the assertion of the City's claims in other actions. Judgment is entered dismissing Plaintiff's claims with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      March 31, 2025

                                                            **TAMMI M HELLWIG**
                                                            **Clerk of Court**

                               **BY:**             *K. Mango*

                                                             **Deputy Clerk**